FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS DEAN SCYPHERS, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WAHINGTON, <br><br> Defendant. | No.   4:22-cv-05016-SMJ <br><br> **ORDER DISMISSING ACTION** |

By Order filed February 24, 2022, the Court directed Plaintiff Douglas Dean Scyphers, a prisoner at the Coyote Ridge Corrections Center, to file a civil rights complaint within thirty (30) days if he wished to proceed with this action. ECF No. 5 at 7.  The Court cautioned Plaintiff that if he failed to comply with this directive, the action would be dismissed.  *Id.*  Plaintiff has filed nothing further in this action.

For the reasons set forth above and in the Court's prior Order, **IT IS HEREBY ORDERED:**

    **1.**    This action is **DISMISSED WITHOUT PREJUDICE.**

    **2.**    All pending Motions are **DENIED AS MOOT.**

//

ORDER DISMISSING ACTION – 1

**3.**     The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

**4.**     The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 30th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 2