AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 30, 2022**

SEAN F. McAVOY, CLERK

DOUGLAS DEAN SCYPHERS,

*Plaintiff*

v.

STATE OF WAHINGTON,

*Defendant*

Civil Action No. 4:22-cv-05016-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    SALVADOR MENDOZA, JR.

Date: 3/30/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*
Courtney Piazza